| **United States Bankruptcy Court**<br>**Western District of Kentucky** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eagle Industries LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**61-1230684** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**425 Raven Ave**<br>**Bowling Green, KY**<br>ZIP Code **42101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Warren** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☒<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☒<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☒<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eagle Industries LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____

   Signature of Attorney for Debtor(s)      (Date)

</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Eagle Industries LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**October 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Amado Rivas**
Signature of Authorized Individual

**Amado Rivas**
Printed Name of Authorized Individual

**General Manager**
Title of Authorized Individual

**October 27, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL MEETING
## OF
# EAGLE INDUSTRIES, LLC

A special meeting of the members of Eagle Industries, LLC, was held on the 25th day of October, 2010 in the offices of the company.  Present were the members of the company, Santos German Mendez, Felipe Murrillo Rivas, Reyes Ismael Alfaro and Jose Oliver Rivas, and the company's General Manager, Amado Rivas.

The General Manager of the company stated that the company was unable to pay its debts as they accrued.   Upon motion duly made, and seconded, the following resolutions were unanimously carried:

> RESOLVED, that the company file a voluntary petition for relief pursuant to Chapter 11 of 11 U.S.C. and that Amado Rivas, General Manager is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the company retain David M. Cantor and the firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

/s/ Amado Rivas
AMADO RIVAS

G:\doc\DMC\EAGLE INDUSTRIES\CorpResIndustries.wpd

# United States Bankruptcy Court
## Western District of Kentucky

In re    __Eagle Industries LLC__                         Case No. _____

                                Debtor(s)             Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Key Development Group LLC POB 633 Mentor, OH 44061 | Key Development Group LLC POB 633 Mentor, OH 44061 | | | 1,409,903.59 |
| Grand Rivers Lumber Inc POB 633 Mentor, OH 44061 | Grand Rivers Lumber Inc POB 633 Mentor, OH 44061 | | | 668,569.00 |
| NILCO National Industrial Lumber Co Pittsburgh, PA 15264-0087 | NILCO National Industrial Lumber Co Pittsburgh, PA 15264-0087 | | | 223,886.97 |
| Prestige Plywood and Millwork LLC c/o Patricia Schubring POB 80727 Rochester, MI 48308 | Prestige Plywood and Millwork LLC c/o Patricia Schubring POB 80727 Rochester, MI 48308 | | | 190,963.23 |
| Akzo Nobel Coatings Inc POB 905192 Charlotte, NC 28290-5192 | Akzo Nobel Coatings Inc POB 905192 Charlotte, NC 28290-5192 | | | 143,648.48 |
| DG Lumber POB 624 Columbia, KY 42728 | DG Lumber POB 624 Columbia, KY 42728 | | | 130,264.60 |
| Rich Enterprises 18220 Quinn Road Chagrin Falls, OH 44023 | Rich Enterprises 18220 Quinn Road Chagrin Falls, OH 44023 | | | 126,989.34 |
| Packsize LLC 4505 South Wasatch Boulevard Salt Lake City, UT 84124 | Packsize LLC 4505 South Wasatch Boulevard Salt Lake City, UT 84124 | | | 65,229.61 |
| Bowling Green Municipal Utilities POB 10300 Bowling Green, KY 42102-7300 | Bowling Green Municipal Utilities POB 10300 Bowling Green, KY 42102-7300 | | | 55,332.49 |
| WMCV Phase 1 LLC Bank of America File 70248 Los Angeles, CA 90074-0248 | WMCV Phase 1 LLC Bank of America File 70248 Los Angeles, CA 90074-0248 | | | 48,013.05 |

In re **Eagle Industries LLC**                                          Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **FMI Products LLC**<br>**POB 58465**<br>**Los Angeles, CA 90058** | **FMI Products LLC**<br>**POB 58465**<br>**Los Angeles, CA 90058** | | | **47,763.69** |
| **United Healthcare Insurance Co**<br>**22561 Network Place**<br>**Chicago, IL 60673-1225** | **United Healthcare Insurance Co**<br>**22561 Network Place**<br>**Chicago, IL 60673-1225** | | | **44,760.37** |
| **Warren County Sheriff**<br>**POB 807**<br>**Bowling Green, KY 42102-0807** | **Warren County Sheriff**<br>**POB 807**<br>**Bowling Green, KY 42102-0807** | | | **42,939.69** |
| **Guardian Industries Corp**<br>**2300 Harmon Rd**<br>**Auburn Hills, MI 48326** | **Guardian Industries Corp**<br>**2300 Harmon Rd**<br>**Auburn Hills, MI 48326** | | | **33,840.05** |
| **Aramark Uniform Services Inc**<br>**POB 1659**<br>**Bowling Green, KY 42102-1659** | **Aramark Uniform Services Inc**<br>**POB 1659**<br>**Bowling Green, KY 42102-1659** | | | **32,652.85** |
| **Comtrad**<br>**5106 Timberlea Boulevard**<br>**MISSISSAUGA CANADA L4W2S5**<br>**ON** | **Comtrad**<br>**5106 Timberlea Boulevard**<br>**ON** | | | **29,728.73** |
| **Liberty Abrasives Inc**<br>**869 Seven Oaks Blvd**<br>**Smyrna, TN 37167** | **Liberty Abrasives Inc**<br>**869 Seven Oaks Blvd**<br>**Smyrna, TN 37167** | | | **28,019.68** |
| **Forest Ind Worker Comp Fund**<br>**POB 22989**<br>**Louisville, KY 40252-0898** | **Forest Ind Worker Comp Fund**<br>**POB 22989**<br>**Louisville, KY 40252-0898** | | | **26,807.95** |
| **Middle Tennessee Lumber Co**<br>**POB 427**<br>**Burns, TN 37029-0427** | **Middle Tennessee Lumber Co**<br>**POB 427**<br>**Burns, TN 37029-0427** | | | **23,593.58** |
| **Bankcard Center**<br>**POB 569200**<br>**Dallas, TX 75356-9200** | **Bankcard Center**<br>**POB 569200**<br>**Dallas, TX 75356-9200** | | | **22,259.87** |

In re __**Eagle Industries LLC**_____          Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date __**October 27, 2010**_____          Signature  __**/s/ Amado Rivas**_____
                                                           **Amado Rivas**
                                                           **General Manager**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

AAA Alarm Systems
1101 Shive Lane
Bowling Green KY 42103

ABCO Courier
POB 1112
Bowling Green KY 42102-1112

Access Systems Inc
6636 K Central Avenue Pike
Knoxville TN 37912

Active Sales Co Inc
POB 3908
Santa Fe Springs CA 90670

Airgas
POB 802615
Chicago IL 60680-2615

Akzo Nobel Coatings Inc
POB 905192
Charlotte NC 28290-5192

Albert B Crush
2524 Willa Dr
Saint Joseph MI 49085

Albert E Clement
2524 Willa Drive
Saint Joseph MI 49085

Allied Automation
5520 E 64th St
Indianapolis IN 46220

Allied Automation Inc
5220 East 64th Street
Indianapolis IN 46220

Amerigas - Horse Cave
499 Depot Street
New Haven KY 40051

Applied Industrial Technologies
22510 Network Place
Chicago IL 60673-1225

Aramark Uniform Services Inc
POB 1659
Bowling Green KY 42102-1659

AT&T
POB 105262
Atlanta GA 30348

Atmos Energy
POB 790311
Saint Louis MO 63179-0311

Audio Messaging Solutions LLC
POB 890271
Charlotte NC 28289-0271

B&M Industrial Supply
26 Corporate Court
Bowling Green KY 42103

Bankcard Center
POB 569200
Dallas TX 75356-9200

Bell Orr Ayers & Moore PSC
POB 738
Bowling Green KY 42102-0738

Bill Gilbert
72 Vacca Drive
West Orange NJ 07052

Billy Edward Morris Jr
4221 Pennfield Way
High Point NC 27262

Bommer Industries Inc
190 Frank Clinton Road
Landrum SC 29356

Booth Fire Control Co
626 College Street
Bowling Green KY 42102-3540

Bowling Green Municipal Utilities
POB 10300
Bowling Green KY 42102-7300

Bowling Green Rubber & Gasket
POB 9549
Bowling Green KY 42102-9549

BP Canada Marketing Corp
3464 Solutions Center
Chicago IL 60677

Brooks Motor & Electric Inc
2591 New Bowling Green Rd
Glasgow KY 42141

Bruce Jacobson
144 Sinclair Street
Corpus Christi TX 78411

Care Safety Co
2948 Kraft Drive
Nashville TN 37204-1027

Cartridge Depot
1020 Holifax Drive
Suite 104
Owensboro KY 42301

Cayce Mill Supply Company
POB 689
Hopkinsville KY 42241-0689

CD Oates Co Inc
16412 Harbor View Blvd
Charlotte NC 28278

Centralized Collection Unit
POB 14059
Lexington KY 40512

CenturyLink
POB 2961
Phoenix AZ 85062-2961

Charles Eddinger
3445 Touriqa Drive
Pleasanton CA 94566

CIT Technology Financing Service
21146 Network Place
Chicago IL 60673-1211

Citizens First Bank
1065 Ashley St Ste 200
Bowling Green KY 42103

Citizens Fist Bank
1065 Ashley St Ste 200
Bowling Green KY 42103

Clark County Assessor
POB 551401
Las Vegas NV 89155-1401

Com-Pleat Filters Inc
36 Armstrong Avenue
GEORGETOWN CANADA  L7G 4R9
ON

Comfuel
POB 1914
Owensboro KY 42302-1914

Comtrad
5106 Timberlea Boulevard
MISSISSAUGA CANADA L4W2S5
ON

Conservice Utility Mgmt
POB 4718
Logan UT 84323-4718

Costa & Grisson Mach Co Inc
107 Seminole Drive
High Point NC 27263

Custom Kitchen Cabinets
757 Brownslock Road
Bowling Green KY 42102

Daily News
POB 90012
Bowling Green KY 42102-9012

Dale B Carter
POB 278
Athens WV 34712

Daves Printing
207 College Street
Bowling Green KY 42101

David B McCloskey
5016 Academy Drive
Metairie LA 70003-2544

Deemer Floral Co Inc
861 Fairview Avenue
Bowling Green KY 42102-7010

DG Lumber
POB 624
Columbia KY 42728

Diamond Screw Products Inc
POB 1530
Bowling Green KY 42102-1530

Dunn & Bradstreet
Information Services
Chicago IL 60675-5434

Earl Allen Haubrich
11031 Yukon Circle
Minneapolis MN 55438

Ed Hoys
27625 Diehl Road
Warrenville IL 60555-3838

Effective Mail Marketing
POB 1135
Bowling Green KY 42101

Emerson Business Forms
POB 50755
Bowling Green KY 42102

Ernie Starcevic
64 Marigold Drive
Bellingham WA 98229

Esther Ortwein
7815 Mule Deer Place
Littleton CO 80125

Express Printing
901 Lehman Avenue
Bowling Green KY 42101

Faith Industrial
171 Deerwood Road
Clarksville TN 37043

Farin Dyson Enterprises Inc
811 Matt Lane
Hensley AR 72065

Fedex Ground Inc
POB 371461
Pittsburgh PA 15250-7461

Fedex Truckload Brokerage
POB 5000
Green OH 44232-5000

FMI Products LLC
POB 58465
Los Angeles CA 90058

Forest Ind Worker Comp Fund
POB 22989
Louisville KY 40252-0898

Fulterer
542 Townsend Avenue
High Point NC 27263

Garrison Service Company
100 Fernco Drive
Nashville TN 37207

George Baumgartner
3208 Westcreek Circle
Columbia MO 65203

Global Cutting Solutions
613 East 7th Street
Huntingburg IN 47542

Grand Rivers Lumber Inc
POB 633
Mentor OH 44061

Granite Creations
757 Brownslock Road
Bowling Green KY 42102

Griffin Industries Inc
POB 530401
Atlanta GA 30353-0401

Guardian Industries Corp
2300 Harmon Rd
Auburn Hills MI 48326

Hardware Resources
500 Ross Street
154-0455 Attn: 347030
Pittsburgh PA 15262-0001

Hill-Motley Lumber Co
POB 779
Bowling Green KY 42102-0079

Home Cinema Designs Inc
540 16th Terr
Hutchinson KS 67501

Hoosier Woodworking Machinery LLC
3306 Cobblers Court
New Albany IN 47150

Industrial Air Centers Inc
731 East Market Street
Jeffersonville IN 47131-1239

Insight Communications
POB 740273
Cincinnati OH 45274-0273

James H Moseley
12111 Audelia Road
Dallas TX 75243

Jerry Tatum
2911 Tatarrax Drive
Manhattan KS 66502

JG Edelen Co Inc
POB 64203
Baltimore MD 21264-4203

Joseph Michael Elkourie
POB 681023
Marietta GA 30068-0018

K & W Grinding Inc
7789 Ponderosa Road
Perrysburg OH 43551

Kathy B McCauley
246 Cambridge Circle
Rockfield KY 42274

Kentucky Dept of Revenue
Legal Support Branch Sta 42
501 High Street
Frankfort KY 40601-2103

Kentucky Tire Exchange
98 College Street
Bowling Green KY 42102-0616

Kenway Contracting
4520 Louisville Road
Bowling Green KY 42101

Key Development Group LLC
POB 633
Mentor OH 44061

Konica Minolta Busines Solutions
4388 Collections Center Drive
Chicago IL 60693

Lang Company
540 South 13th Street
Louisville KY 40203

Lattimore Black Morgan & Cain PC
POB 1869
Brentwood TN 37024-1869

Ledcor Sales Inc
6941 West Voltaire
Peoria AZ 85381

Liberty Abrasives Inc
869 Seven Oaks Blvd
Smyrna TN 37167

Lowes Business Account
POB 530970
Atlanta GA 30353-0970

McMaster-Carr
POB 7690
Chicago IL 60680-7690

Metals-N-More
1040 Old Barren River Road
Bowling Green KY 42101

Michael Anderson
7097 Lakeshore Road
Cicero NY 13039

Michael Facchini
POB 1384
Plymouth MA 02362

Michael Weinig Inc
124 Crosslake Park Drive
Mooresville NC 28117

Middle Tennessee Lumber Co
POB 427
Burns TN 37029-0427

Mississippi National Mart of High Point
4974 Paysphere Circle
Chicago IL 60674

Mohawk Finishing Products Inc
POB 535414
Atlanta GA 30353-5414

Mountain Glacier LLC
709 Oak Hill Road
Evansville IN 47711-5369

Nap Tools LLC
75 Remittance Drive
Suite 6639
Chicago IL 60675-6639

NAPA Auto Parts
230 6th Avenue
Bowling Green KY 42102-3545

NILCO
National Industrial Lumber Co
Pittsburgh PA 15264-0087

North State Communications
POB 612
High Point NC 27261-0612

Packsize LLC
4505 South Wasatch Boulevard
Salt Lake City UT 84124

Paper Company Inc
dba Consolidated Paper Group Inc
POB 51866
Bowling Green KY 42101-6866

Patricia Diane Breisch
9446 South Overleigh Court
South Jordan UT 84095

Paul Thomas Ashley Jr
POB 151
Hixson TN 37343-0151

PBI Bank
2500 East Point Pkwy
Louisville KY 40223

Perfect Score Technologies
100 Bowie Drive
Red Oak TX 75154

Pitney Bowes/Global Financial Serv
POB 856460
Louisville KY 40285-6460

Plumbers Supply Company
POB 634623
Cincinnati OH 45263-4623

PNC Finance Leasing
POB 931034
Cleveland OH 44193

Premiere Global Services
1268 Paysphere Circle
Chicago IL 60674

Prestige Plywood and Millwork LLC
c/o Patricia Schubring
POB 80727
Rochester MI 48308

Pride Industrial LLC
10825 7th Street
Suite B
Rancho Cucamonga CA 91730

Purchase Power
POB 856042
Louisville KY 40285-6042

PVF Supply Company Inc
POB 1796
Owensboro KY 42302

Rankin Industries
POB 1213
Dallas NC 28034

Republic Services #757
POB 9001099
Louisville KY 40290-1099

Research Solvents & Chemicals
100 First Alabama Bank Drive
Pelham AL 35124

Rich Enterprises
18220 Quinn Road
Chagrin Falls OH 44023

Rick Moore
20 Cedarwoods Crescent
CHATHAM CANADA NTL3W6
ON

Rineco
POB 729
Benton AR 72018

Rivers Edge Associates Inc
509 Hamilton Street
Iowa Falls IA 50126

Robert Hedges
204 North Elgin Street
Griffith IN 46319

Rollin Mechanical
2137 Glen Lilly Road
Bowling Green KY 42101

Sage Software Inc
POB 404927
Atlanta GA 30384-4927

Sample Service Specialists
1414 Pinecrest
Tupelo MS 38804

SCM Group USA Inc
Department 3318
Birmingham AL 35287-3318

Scott Bachert Esq
324 E 10th Ave
Bowling Green KY 42101

Service Supply Lubricants LLC
200 Kirby Drive
Portland TN 37148

Shari Kay Parrott
16446 North 59th Street
Scottsdale AZ 85254

Sherwin-Williams BG
827 Laurel Avenue
Bowling Green KY 42101

Signode Packaging Systems Sales
POB 71729
Chicago IL 60694-1729

Siquar USA Inc
16301 Carmenita Road
Cerritos CA 90703-2226

Southern Foods Inc
117 Mitch McConnell Way
Bowling Green KY 42102-1657

Southern Kentucky Payphones
1543 Girkin Boiling Springs Road
Bowling Green KY 42101

Southern Kentucky Rebuilders
823 West Main Avenue
Bowling Green KY 42101

Southern Recycling Inc
Metal Management Nashville LLc
Department 8269
Carol Stream IL 60122-8269

Spectrum Adhesives
fka Mid South
POB 1000, Dept 466
Memphis TN 38148-0466

Spectrum Concepts Inc
5611 Universal Drive
Carlsbad CA 92008

Sprint
POB 4181
Carol Stream IL 60197-4181

Staples Advantage
Staples Contract & Comm Inc
Chicago IL 60696-3689

Staples Credit Plan
POB 689020
Des Moines IA 50368-9020

Steen Concrete Products
424 Powel St
Bowling Green KY 42101

Stephen L Decker
936 Second Avenue
Williamsport PA 17701

Steven M Gilbert
841 Margo Lane
Narberth PA 19072

Styline Transportation
POB 200
Huntingburg IN 47542

Superb Tooling Inc
POB 227
Ferdinand IN 47532-0227

Superior Oil Company Inc
POB 186
Indianapolis IN 46206-0186

Tape Industrial
13450 Parkview Court
Louisville KY 40223

Tarpon Imports
3371 Misty Pond Ct
Tarpon Springs FL 34688

The Handy/Kenlin Group
3113 Paysphere Circle
Chicago IL 60674

The October Company
51 Ferry Street
Easthampton MA 01027

Thomas C Fenton Esq
601 W Main St
Louisville KY 40202

Thomas Kendell Blue III
dba Nighthawk Security LLC
2965 Lost Lake Cove
Owensboro KY 42303

Thomas L Burton
3517 Grandview Drive
Rockford IL 61114

TNCI
POB 981038
Boston MA 02298-1038

Tom Ryel
POB 3575
Edmond OK 73083

Top Supplies
Div of Richelieu Hardware
High Point NC 27263

Total Filtration Services Inc
13002 Collections Center Drive
Chicago IL 60693

TPM Inc
2040 Old Louisville Road
Bowling Green KY 42101

Tupelo Furniture Market
1879 North Coley Road
Tupelo MS 38801

Uline
2200 South Lakeside Drive
Waukegan IL 60085

United Healthcare Insurance Co
22561 Network Place
Chicago IL 60673-1225

US Corrugated Inc
225 Mitch McConnell Way
Bowling Green KY 42101

USDA
Attn Jeff Jones
771 Corporate Dr Ste 200
Lexington KY 40503

USF Holland Inc
27052 Network Place
Chicago IL 60673-1270

Varit Inc
17205 Vantage Court
Eden Prairie MN 55347-3418

Veneer Solutions LLC
1825 West Walnut Hill Lane
Suite 120
Irving TX 75038

Warren County Marble
13746 Morgantown Road
Bowling Green KY 42101

Warren County Sheriff
POB 807
Bowling Green KY 42102-0807

Whereoware LLC
505 Huntmar Park Drive
Herndon VA 20170-5151

Wholesale Electric
2309 Scottsville Road
Bowling Green KY 42101

WMCV Phase 1 LLC
Bank of America
File 70248
Los Angeles CA 90074-0248

Wolf Plumbing Inc
112 Pulley Way
Bowling Green KY 42101

Wood Technology Inc
225 Elf Way
Pittsboro NC 27312

World Energy Solutions Inc
POB 200890
Pittsburgh PA 15251-0890

World Fax Services Inc
3837 Northdale Boulevard
Suite 362
Tampa FL 33624

Worldwide Express
POB 501760
Indianapolis IN 46250

Worldwide Technologies
POB 1487
Franklin KY 42135