**Eagle Industries, LLC**
**CASH FLOW**
**Manufacturing**

ASSUMES TRANSPORTATION IS SELF SUFFICIENT

| WKE | | WKE 29-Oct | WKE 5-Nov | WKE 12-Nov | WKE 19-Nov | WKE 26-Nov | WKE 3-Dec | WKE 10-Dec | WKE 17-Dec | WKE 24-Dec | WKE 31-Dec | WKE 7-Jan | WKE 14-Jan | WKE 21-Jan | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BB | | $50 | $265 | $69 | $2 | ($49) | ($51) | ($40) | $28 | $96 | $41 | $87 | $102 | $92 | |
| Revenues | | $125 | $150 | $225 | $300 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $4,400 |
| Public Sale | | | | $40 | | | | | | | | | | | $40 |
| Owner Equity | | $70 | | | | | | | | | | | | | $70 |
| D-I-P | | $371 | | | | | | | | ($60) | | ($70) | | | $241 |
| Disbursements | | ($351) | ($346) | ($332) | ($352) | ($402) | ($389) | ($332) | ($332) | ($395) | ($354) | ($385) | ($340) | ($445) | ($4,754) |
| Balance | | $265 | $69 | $2 | ($49) | ($51) | ($40) | $28 | $96 | $41 | $87 | $102 | $92 | $47 | |
| | | | | | | | | | | | | | | | |
| **Disbursement Detail** | | | | | | | | | | | | | | | |
| TRANSPORTATION | | $42 | | | | | | | | | | | | | $42 |
| Accounts Payable-Wires | | $74 | $160 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $1,884 |
|   Commissions-Checks | | | $39 | $39 | $39 | $21 | $22 | $22 | $22 | $22 | $22 | $22 | $22 | $22 | $313 |
|   Payroll | | $35 | $94 | $94 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $1,213 |
|   Payroll Tax/Garn/med | | | $17 | $32 | $32 | $42 | $34 | $34 | $34 | $42 | $42 | $42 | $42 | $42 | $435 |
| Medical | | $45 | | | | | $45 | | | | $45 | | | | $135 |
| | | | | | | | | | | | | | | | |
| DEBT: | | | | | | | | | | | | | | | $0 |
| PBI-Int on R/E Term Loan | | | $24 | | | | $25 | | | $24 | | | | | $73 |
| CFB-Int on Equip Term Loan | | $2 | | | | $3 | | | | $3 | | | | | $8 |
| CFB-Int on PP Line of Credit | | | | | | | | $15 | | | | $15 | | | $30 |
| DIP-Int on DIP Loan | | | | | | | $2 | | | | | $2 | | | $4 |
|   Workers Comp/Liab | | $38 | | | $15 | $17 | | | $15 | $17 | | | $15 | $17 | $134 |
| BGMU/Atmos-check | | $53 | | | | $53 | | | | $53 | | | | $53 | $212 |
| PP/RE Tax | | | | | | | | | | | | | | $50 | $50 |
| Citizens First Attorney fees | | | | $5 | $5 | $5 | | | | | | | | | $15 |
| Professional/Trustee Fees | | $50 | | | | | | | | | | | | | $50 |
|   Other-Checks | | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $12 | $156 |
| Total | | $351 | $346 | $332 | $352 | $402 | $389 | $332 | $332 | $395 | $354 | $385 | $340 | $445 | $4,754 |
| | | | | | | | | | | | | | | | |
| Lumber-Oak (1 Truck) | | | 24 | | | | | | | | | | | | |
| Lumber-Poplar (1 Truck) | | | 16 | | | | | | | | | | | | |
| Plywood-Oak | | | 27 | | | | | | | | | | | | |
| Plywood-Birch | | | 19 | | | | | | | | | | | | |
| Stain | | 17 | 17 | | | | | | | | | | | | |
| Hardware | | 15 | 15 | | | | | | | | | | | | |
| Fireplaces | | 20 | 20 | | | | | | | | | | | | |
| Boxing | | 17 | 17 | | | | | | | | | | | | |
| Staples, nails, glue, etc | | 2 | 2 | | | | | | | | | | | | |
| Production supplies | | 3 | 3 | | | | | | | | | | | | |
| | | 74 | 160 | | | | | | | | | | | | |