UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EAGLE INDUSTRIES, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-11636 |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| EAGLE TRANSPORTATION, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-11637 |
| | ) | |

**ORDER DIRECTING JOINT
ADMINISTRATION OF THE DEBTORS' CASES**

✱ ✱ ✱   ✱ ✱ ✱   ✱ ✱ ✱

Upon the motion of the Debtors in the above-captioned Chapter 11 cases (the "Debtors"), for entry of an order directing the joint administration of the Debtors' bankruptcy cases for procedural purposes only (the "Motion"); and it appearing that joint administration of these cases is in the best interests of the Debtors, their respective estates and creditors; and notice of the Motion having been given to all scheduled creditors; and in light of the circumstances and the nature of the relief requested, it appearing that no other notice of the Motion and the relief requested therein need be given; and sufficient cause appearing therefor:

**IT IS ORDERED** that the Motion is granted in its entirety;

**IT IS FURTHER ORDERED** that the above-captioned cases be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court and shall not be deemed to be substantively consolidated; and

**IT IS FURTHER ORDERED** that the caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **EAGLE INDUSTRIES, LLC, et al.** | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | CASE NO. 10-11636 |
| | ) | (JOINTLY ADMINISTERED) |

**IT IS FURTHER ORDERED** that one file and docket shall hereafter be maintained for all of the Debtors' cases in the file and on the docket prepared for the case of Eagle Transportation, LLC.

**IT IS FURTHER ORDERED** that a docket entry shall be made on the docket of Eagle Transportation, LLC substantially stating as follows:

> "**An order has been entered in this case directing the joint administration of this case with the case of Eagle Industries, LLC. The docket in Case No. 10-11636 should be consulted for all matters affecting this case.**"

**IT IS FURTHER ORDERED** that the Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 2, 2010

G:\doc\DMC\EAGLE INDUSTRIES\Pldgs\Mot Joint Admin.wpd

2