# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| EAGLE INDUSTRIES LLC | ) | |
| | ) | CASE NUMBER: 10-11636 |
| DEBTOR | ) | |
| | ) | HON. JOAN A. LLOYD |
| | ) | |
| | ) | *Filed Electronically* |

## NOTICE OF APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Comes now Richard F. Clippard, United States Trustee for Kentucky and Tennessee, by undersigned counsel, and, pursuant to 11 U.S.C. §§ 1102(a) and 1102(b), appoints the following unsecured creditors of the above-captioned debtor, being among the largest unsecured claimants who are willing to serve, to the committee of unsecured creditors:

1) Keith Arthur Waller, President
   Key Development Group, LLC
   1401 S. Federal Hwy #222
   Boca Raton, FL 33432
   (561)809-1900

2) Robert G. Kucker, Jr., President
   Liberty Abrasives Inc
   869 Seven Oaks Blvd, Ste. 150
   Smyrna, TN 37167
   (615) 223-9995

3) Douglas Lewis, Owner
   D-G Lumber
   P.O. Box 624
   Columbia, KY 42728
   (270) 634-3145

4) David Kebrdle, Receiver
   Prestige Wood Products
   P.O. Box 774
   Granger, IN. 46530
   (574)360-8755

5) Brent Cowan, Controller
   Packsize, LLC
   4505 Wasatch Blvd.
   Salt Lake City, Utah
   (801) 944-4814

Filed on: November 15, 2010

RICHARD F. CLIPPARD
UNITED STATES TRUSTEE
United States Department of Justice
Office of the United States Trustee
601 W. Broadway Street, Suite 512
Louisville, Kentucky 40202
(502)582-6000 – Telephone
(502)582-6147 – Facsimile

/s/   *Charles Merrill*
By: Charles R. Merrill
*Counsel to the United States Trustee*

CERTIFICATE OF SERVICE

In accordance with Local Rules 9036-1(a)-(c), I certify that on November 15, 2010, I sent a copy of the foregoing Notice of Appointment of Unsecured Creditors Committee to all parties who requested notice in the above captioned and styled case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) First Class U.S. Mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties who have not consented to electronic service.

/s/
Charles R. Merrill
*Counsel to the U.S. Trustee*