UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| EAGLE INDUSTRIES, LLC, *et al.*[1] | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-11636 |
| | ) | **Jointly Administered** |

## DEBTORS' AMENDMENTS TO SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS
\* \* \*   \* \* \*   \* \* \*

Come the Debtors, Eagle Industries, LLC ("Industries") and Eagle Transportation, LLC ("Transportation"), and hereby amend their respective Schedules and Statements of Financial Affairs as follows:

## AMENDMENT TO INDUSTRIES' SCHEDULE A:

FROM:

| Description & Location of Property | Nature of Debtor's Interest | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| Land and buildings | Fee simple | 3,000,000.00 | 6,841,743.00 |

TO:

| Description & Location of Property | Nature of Debtor's Interest | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| Land and buildings consisting of the following Bowling Green, Kentucky addresses: 625 Raven Street; 1040 West Main Street; Beauty Avenue; 1054 West Main Street | Fee simple | 7,200,000.00 | 6,841,743.00 |

---

[1] The Debtors in this jointly-administered case are Eagle Industries, LLC (Case No. 10-11636) and Eagle Transportation, LLC (Case No. 10-11637).

**AMENDMENT TO TRANSPORTATION'S STATEMENT OF FINANCIAL AFFAIRS:**

23. <u>Withdrawals from a partnership or distributions by a corporation</u>:

    FROM:

| Name & Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|
| Amado Rivas<br>    Former member | Salary | $114,270.00 |

    TO:

        [NONE]

24. <u>Tax Consolidation Group</u>:
    FROM:

        [NONE]

    TO:

| Name of Parent Corporation | Taxpayer Identification Number (EIN) |
|---|---|
| Eagle Industries, LLC | 61-1230684 |

The undersigned certifies under penalty of perjury that he has read the foregoing Amendment and certifies that the statements contained are true and complete to the best of his knowledge, information and belief.

        /s/ Amado Rivas
        Amado Rivas, General Manager
        Eagle Industries and Eagle Transportation

Dated: <u>December 14, 2010</u>

G:\doc\DMC\EAGLE INDUSTRIES\Pldgs\AmdSch 2.wpd

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EAGLE INDUSTRIES, LLC *et al.* | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | CASE NO. 10-11636 |
| | ) | **Jointly Administered** |

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO SCHEDULES
✳ ✳ ✳   ✳ ✳ ✳   ✳ ✳ ✳

I hereby certify that a copy of the foregoing Amendment to Schedules was mailed on December 15, 2010 to all parties having entered their appearance but not receiving same electronically.

/s/ David M. Cantor
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Debtors*

G:\doc\DMC\EAGLE INDUSTRIES\Pldgs\AmdSch 2.wpd