UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                    )
                                          )
EAGLE INDUSTRIES LLC                      )          Case No. 10-11636
                                          )          Chapter 11
            Debtor-in-Possession          )
                                          )

## ORDER AUTHORIZING EMPLOYMENT OF PETER M. GANNOTT AND ALBER CRAFTON, PSC AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE

This Court having considered the application of the Committee of Creditors Holding Unsecured Claims (the "Committee"), consisting of D-G Lumber, Key Development Group, LLC, Liberty Abrasives Inc., Prestige Wood Products and Packsize, LLC, to employ and retain Peter M. Gannott and the law firm of Alber Crafton, PSC to act as attorneys for the Committee and perform the services described in the Application and Affidavit of Peter M. Gannott, and the Court being satisfied that Peter M. Gannott and Alber Crafton, PSC do not hold or represent an interest adverse to the Debtor, its Creditors, or the Estate of the Trustee with respect to matters for which Peter M. Gannott and Alber Crafton, PSC will be employed; and they are disinterested persons within the meaning of the Bankruptcy Code and that the employment and retention of Peter M. Gannott and Alber Crafton, PSC is in the best interests of the Estate, the Trustee, and its Creditors, and sufficient cause hereby appearing:

**IT IS HEREBY ORDERED ADJUDGED** as follows:

1.      The Committee of Creditors Holding Unsecured Claims is empowered to employ Peter M. Gannott and Alber Crafton, PSC on the terms stated in the Application and attachments thereto *nunc pro tunc* as of December 3, 2010.

1

2.     Compensation to be paid to Peter M. Gannott and Alber Crafton, PSC for services rendered to the Committee of Creditors Holding Unsecured Claims, plus reimbursement of expenses in connection with such representation, will be based on the fees listed in the Application and attachments thereto.

3.     Payments to Peter M. Gannott and Alber Crafton, PSC will receive priority status as an administrative claim under 11 U.S.C. 503(b) of the Bankruptcy Code.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: February 1, 2011

TENDERED BY:

/s/ Peter M. Gannott
ALBER CRAFTON, PSC
Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, KY 40222
Phone: 502-815-5000
pgannott@AlberCrafton.com