UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EAGLE INDUSTRIES, LLC *et al.* | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | CASE NO. 10-11636 |
| | ) | **Jointly Administered** |
| | ) | |
| EAGLE INDUSTRIES, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. NO. _____ |
| | ) | |
| UMR, INC. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF REFERRAL
### ✳ ✳ ✳   ✳ ✳ ✳   ✳ ✳ ✳

Comes the Plaintiff Eagle Industries, LLC ("Eagle Industries"), by counsel, and hereby provide notice to this Court and all party litigants herein, that on December 30, 2010, the United States District Court for the Western District of Kentucky entered an Order in Case Number 1:10-cv-00118-JHM-ERG referring the instant action to this Court (the "Referral Order"). A true and correct copy of the Referral Order is attached hereto as **Exhibit A**.

Pursuant to the Referral Order, Debtor-Plaintiff submits this Notice to initiate an appropriate adversary proceeding within the above-styled bankruptcy case *In re Eagle Industries, LLC, et al.*

Respectfully submitted,


/s/ David M. Cantor
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Debtor*

      -&-


/s/ Timothy L. Edelen
TIMOTHY L. EDELEN
BELL, ORR, AYERS & MOORE, PSC
1010 College Street
P.O. Box 738
Bowling Green, Kentucky 42102-0738
Telephone: (270) 781-8111
Facsimile: (270) 781-9027
E-mail: edelen@boamlaw.com
*Special Counsel for Debtor-Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified that on February 24, 2011, a true and correct copy of the foregoing Notice of Referral was served upon counsel for the above-named Defendant via electronic mail and first-class U.S. Mail at the following addresses:

<u>By Electronic Mail:</u>
brad.keeton@skofirm.com
brian.thomson@leonard.com
donald.campbell@leonard.com
douglas.barr@skofirm.com

<u>By U.S. Mail:</u>
Stoll Keenon Ogden PLLC
Attn: Brad S. Keeton
500 W. Jefferson Streeet,
Suite 2000
Louisville, Kentucky 40202

/s/ David M. Cantor
DAVID M. CANTOR

G:\doc\DMC\EAGLE INDUSTRIES\Pldgs\AP (adv. UMR)\Ntc Referal.wpd