UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EAGLE INDUSTRIES, LLC, et al. | ) | CHAPTER 11 |
| | ) | |
| Debtors | ) | CASE NO. 10-11636 |
| _____ | ) | (JOINTLY ADMINISTERED) |

*AMENDED*
**AGREED ORDER (I) AUTHORIZING DEBTOR TO UTILIZE CASH COLLATERAL OF CITIZENS FIRST BANK; (II) GRANTING ADEQUATE PROTECTION TO CITIZENS FIRST BANK PURSUANT TO 11 USC. §§ 105, 361 AND 363; and (III) ESTABLISHING DEBT REPAYMENT TERMS**

\* \* \* \* \*

THIS MATTER having come before the Court upon the agreement of Eagle Industries, LLC and Eagle Transportation, LLC (collectively referred to herein as "Eagle" or the "Debtor" or the "Borrower"), the debtors and debtors-in-possession herein, and the Citizens First Bank, the pre-petition lender and the debtor-in-possession financing lender of the Debtor (hereinafter referred to as "Citizens First"), to (i) continue the Debtor's authorization to use the cash collateral of Citizens First which expired March 10, 2011; (ii) provide adequate protection to Citizens First; and (iii) establish repayment terms on Citizens First's pre-petition claims and debtor-in-possession financing loan to the Debtor; and the Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED AND DECREED** that **Paragraph F** of the Agreed Order (i) Authorizing Debtor to Utilize Cash Collateral of Prepetition Lender; (ii) Granting Adequate Protection to Prepetition Lender Pursuant to 11 U.S.C. §§ 105, 361 and 363 approved by the Court on November 30, 2010 [Document No. 53] (the "Cash Collateral Agreement") be, and hereby is, STRICKEN and replaced by the following:

1

F.      Agreement of Citizens First. Citizens First is willing to permit the Debtor to use its cash collateral through **August 23, 2011** provided that this Court, pursuant to section 361 of the Bankruptcy Code authorizes the Debtor to make adequate protection payments to Citizens First during the term of this Final Order and provided that the Debtor is allowed to use Citizens First's cash collateral only upon the terms, conditions and limitations set forth in this Final Order.

**IT IS FURTHER ORDERED AND DECREED** that **Paragraph 3(a)** of the Cash Collateral Agreement be, and hereby is, STRICKEN and replaced by the following:

(a)     except as otherwise provided herein or waived by Citizens First in its sole discretion, the cash collateral may be used by the Debtor solely to pay normal trade payables, payroll, insurance premiums, taxes and utilities that are necessary to preserve and maintain the assets and business operations of the Debtor (collectively, the "Approved Operating Expenses") of its business during the period of November 19, 2010 through **August 23, 2011** set forth on the Cash Budget (defined in Paragraph 12 hereinbelow); the Debtor's use of cash collateral may not exceed the amount set forth for such type of expense in the line item on the Cash Budget and approved by Citizens First; the Debtor should not be permitted to use Citizens First's cash collateral for any other expenditures, such as the purchase of fixed or capital assets, or other expenses without prior written approval of Citizens First.

**IT IS FURTHER ORDERED AND DECREED** that **Paragraph 14** of the Cash Collateral Agreement be, and hereby is, STRICKEN and replaced by the following:

14.     Unless and until this Final Order is modified by an Order of confirmation entered pursuant to 11 U.S.C. § 1129, the Debtor shall make the following payments to Citizens First on the following dates and failure to make such payments on or before such dates shall automatically be a default under the Final Order:

(a)     Citizens First's claim in the amount of $372,911.57 [Claim # 32], and Citizens First's claim in the amount of $3,298,228.71 [Claim # 33], shall be restructured such that Claim #33 is reduced to a $900,000.00 line of credit, and the balance of Claim #33 is combined with Claim # 32, and paid on terms. (This restructuring shall also be effective as to Claims #8 and #9 filed in the Eagle Transportation case.)  The restructured claims shall be paid as follows:

(i)     $900,000 line of credit. Debtor will pay this loan in one payment of all outstanding principal plus all accrued unpaid interest on February 28, 2012. In addition, Debtor will pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning March 31, 2011 with all subsequent interest payment to be due on the last day of each month after that. Interest shall accrue at the rate of 6.5% per annum.

(ii)    $2,755,000 term loan. Debtor will pay this loan in monthly installments of principal and interest pursuant to the payment

2

schedule set forth hereinbelow, with a balloon payment on the date of maturity. Interest shall accrue at the rate of 6.5% per annum. Debtor's first payment is due March 31, 2011. Debtor's final payment will be due on February 28, 2012, and will be for all principal and all accrued interest not yet paid. The payment schedule is as follows:

| Payment Due Date | Amount |
|---|---|
| 3/31/2011 | $25,000 plus accrued interest of $26,182.55 |
| 4/30/2011 | $35,000 plus accrued interest |
| 5/31/2011 | interest only |
| 6/30/2011 | interest only |
| 7/31/2011 | interest only |
| 8/31/2011 | interest only |
| 9/30/2011 | $35,000 plus accrued interest |
| 10/31/2011 | $35,000 plus accrued interest |
| 11/30/2011 | $35,000 plus accrued interest |
| 12/31/2011 | $35,000 plus accrued interest |
| 1/31/2012 | $44,000 plus accrued interest |
| 2/28/2012 | Balloon payment of all principal and all accrued interest not yet paid, |

(b)  Citizens First's debtor-in-possession financing loan, having a current principal balance of $241,000.00, and which matures and is due and payable on March 31, 2011, shall be restructured such that the maturity date shall be extended to January 31, 2012, and the debt paid on terms. Debtor will pay this loan in monthly installment of principal and interest pursuant to the payment schedule set forth hereinbelow. Interest shall accrue at the rate of 6.5% per annum. The payment schedule is as follows:

| Payment Due Date | Amount |
|---|---|
| 3/31/2011 | $81,000, plus accrued interest of $630.67 |
| 4/30/2011 | $20,000 plus accrued interest |
| 5/31/2011 | interest only |
| 6/30/2011 | interest only |
| 7/31/2011 | interest only |
| 8/31/2011 | interest only |
| 9/30/2011 | $28,000 plus accrued interest |
| 10/31/2011 | $28,000 plus accrued interest |
| 11/30/2011 | $28,000 plus accrued interest |
| 12/31/2011 | $28,000 plus accrued interest |
| 1/31/2012 | Final payment of all principal and all accrued interest not yet paid, |

**IT IS FURTHER ORDERED AND DECREED** that the Cash Collateral Agreement shall otherwise continue in full force and effect except as modified herein.

**IT IS FURTHER ORDERED AND DECREED** that upon entry of this Order, Debtor shall execute such documents as shall be reasonably required by Citizens First to restructure and book the loans as provided herein.

**IT IS FINALLY ORDERED** that prior to entry of an order confirming a chapter 11 plan, the periodic payment obligations related only to debtor-in-possession financing loan set forth in this Order shall also be deemed administrative expense obligations pursuant to 11 U.S.C. § 503(b). Such obligations shall be considered to be discharged on a periodic basis as such payments are made. Any such periodic obligations that remain unfulfilled as of the confirmation date of a chapter 11 plan shall remain as administrative expense obligations until satisfied in full through the plan.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 23, 2011

**AGREED AND CONSENTED TO:**

/s/ David M. Cantor
David M. Cantor
Seiller Waterman LLC
462 W. Fourth Street, 22nd Floor
Louisville, KY 40202
502-584-7400
502-583-2100 (fax)
cantor@derbycitylaw.com

**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

/s/ Scott A. Bachert
Scott A. Bachert
Harned Bachert & McGehee PSC
PO Box 1270
324 E. 10th Ave.
Bowling Green, KY 42102-1270
270-782-3938
270-781-4737 (fax)
bachert@hbmfirm.com

**ATTORNEYS FOR CITIZENS FIRST BANK**

**HAVE SEEN:**

/s/ Peter M. Gannott
Peter M. Gannott
Alber Crafton, PSC
Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, Kentucky 40222
502-815-5000
502-815-5005
pgannott@albercrafton.com

**ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

G:\doc\DMC\EAGLE INDUSTRIES\Pldgs\AO Use of CC + Repayment (Amd).doc